1

2

3

4

5

6                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
7                                        AT SEATTLE

8    KEVIN TODD FULLER, *et al.*,

9                      Plaintiffs,              Case No. C25-1050-RAJ

10         v.                                   ORDER

11   EVERETT DEPARTMENT OF SOCIAL
     AND HEALTH SERVICES DOMESTIC
12   VIOLENCE SHELTER, *et al.*,

13                      Defendants.

14

15         Plaintiff Kevin Todd Fuller has filed an application to proceed *in forma pauperis* ("IFP")

16   in the above-entitled action. (Dkt. # 4.) Plaintiff does not appear to have funds available to afford

17   the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 4) is

18   GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle

19   Plaintiff to a waiver of any other cost(s) of litigation.

20         The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable

21   Richard A. Jones.

22         //

23         //

ORDER - 1

Dated this 9th day of July, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge